# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED,<br><br>Defendant. | Civil Action No. 2:12-cv-00570-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINTIFF TQP DEVELOPMENT, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL ITS SUR-REPLY TO DEFENDANT'S MOTION TO DISQUALIFY RUSS AUGUST & KABAT AS PLAINTIFF'S COUNSEL

ON THIS DAY came on to be heard Plaintiff TQP Development, LLC's ("TQP") Unopposed Motion for Leave to File Under Seal its Sur-Reply to Defendant Adobe Systems Incorporated's ("Adobe") Motion to Disqualify Russ August & Kabat ("RAK") as Plaintiff's Counsel of Record and the Court is of the opinion that the Motion should be GRANTED.

Accordingly, IT IS ORDERED that TQP's Sur-Reply to Defendant Adobe's Motion to Disqualify RAK as Plaintiff's Counsel of Record and any accompanying declarations and exhibits shall be filed under seal.

**SIGNED this 18th day of March, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE